ERICK M. FERRAN, ESQ.
Nevada State Bar No. 009554
HITZKE & FERRAN
2110 E. Flamingo Road, Suite 206
Las Vegas, Nevada 89119
*Telephone No.: (702) 496-7668*
*Facsimile No.: (702) 462-2646*
*Attorney for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CASE NO.:   2:22-mj-00026-DJA |
| vs. | ORDER   **TO CLOSE CASE** |
| FERNANDO TAPIA-MORALES, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between IMANI DIXON, ESQ., Assistant United States Attorney, counsel for the United States of America, and ERICK M. FERRAN, ESQ., counsel for Defendant FERNANDO TAPIA-MORALES, that the Status Conference set for December 15, 2023, at 9:30 a.m., is hereby vacated, as the Defendant has successfully completed all requirements set forth in his plea agreement and has stayed out of trouble.  The matter will be closed pursuant to the stipulation of the parties.

Dated this 14th day of December, 2023.

| | |
|---|---|
| /s/ Erick M. Ferran, Esq. | /s/ IMANI DIXON, ESQ. |
| ERICK M. FERRAN, ESQ. | IMANI DIXON, ESQ. |
| Counsel for Defendant | Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>FERNANDO TAPIA-MORALES,<br><br>　　　　　Defendant. | CASE NO.:   2:22-mj-00026-DJA<br><br>**ORDER CLOSING CASE** |

### ORDER

IT IS ORDERED that, pursuant to the proof filed by Defendant and the stipulation of the parties, Defendant has completed all of the requirements set forth in his plea agreement.

IT IS FURTHER ORDERED that the status conference set for December 15th, at 11:30 a.m., is hereby vacated and that this matter is closed.

**DATED** this 14th day of December, 2023.

_____
DANIEL J. ALBREGTS
United States Magistrate Judge